IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BERNARD RAY RICHARDSON,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00162 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **V.L. PHIPPS,** *et al.*, | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(c)(1) and is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: April 14, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge